# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CORLEONE JAE CARTEL, | ) | CASE NO. 4:18-CV206 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF PARTY DISMISSAL** |
| CHEXSYSTEMS INC., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is a "Stipulation of Dismissal" purporting to dismiss without prejudice only defendant Experian Information Solutions, Inc. ("Experian"). (Doc. No. 17.) The document, jointly signed by the pro se plaintiff and by counsel for Experian, cites Fed. R. Civ. P. 41(a)(1)(A)(ii) as authority for such dismissal, but that rule applies solely to dismissal of "actions" by "all parties who have appeared." The Court dismissed defendant Chexsystems Inc. (*see* Doc. No. 15), but there is a third defendant, Equifax Information Services LLC, who has not been dismissed and is not included in the stipulated dismissal. Dismissal of individual parties properly occurs under Fed. R. Civ. P. 21, which provides, in relevant part: "On motion or on its own, the court may at any time, on just terms, add or drop a party."

Accordingly, the Court construes Doc. No. 17 as a joint motion pursuant to Fed. R. Civ. P. 21 to dismiss Experian Information Solutions Inc. without prejudice and the same is **GRANTED**.

**IT IS SO ORDERED**.

Dated: July 17, 2018

                                                             **HONORABLE SARA LIOI**
                                                             **UNITED STATES DISTRICT JUDGE**