IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO



| | |
|---|---|
| **CORLEONE CARTEL JAE**<br><br>Plaintiff(s)<br><br>Vs.<br><br>**CHEXSYSTEMS INC.,**<br>**EQUIFAX INFORMATION SERVICES L.L.C.,**<br>**EXPERIAN INFORMATION SOLUTIONS INC.,**<br><br>Defendant(s) | Case No. *4:18-CV-206-SL*<br><br>*COMPLIANT FOR VIOLATIONS*<br>*OF FAIR CREDIT REPORTING*<br>*ACT*<br><br>*JURY TRIAL DEMANDED* |

### STUPAULATION OF DISMISSAL WITHOUT PREJUDICE OF EQUIFAX INFORMATION SEVICES LLC

Pursuant to Rule 41 (a) (1)(A)(ii) (a) of the Federal Rules of Civil Procedure, Plaintiff Jae Cartel and Defendant Equifax Information Services LLC stipulate to the dismissal of this action without prejudice against Equifax Information Services. Each party to bear their own costs and attorney fees incurred herein.

By Jae Cartel *pro se*
Jae Cartel
PO Box 5752
Williamsburg VA 23188
757-346-1070
jaeccartel@gmail.com

David Wallace
Carpenter, Lipps, & Leland LLP
280 Plaza Suite 1300
280 North High Street
Columbus, OH 43215
614-365-4100
614365-9145
wallace@carpenterlipps.com
*Attorney for Defendant Equifax Information Services LLC*