# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CORLEONE JAE CARTEL, | ) | CASE NO. 4:18-CV206 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| CHEXSYSTEMS INC., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is a "Stipulation of Dismissal" dismissing without prejudice the sole remaining defendant, Equifax Information Services, LLC. (Doc. No. 19.) Defendants Chexsystems, Inc. and Experian Information Solutions, Inc. were previously dismissed. (*See* Doc. Nos. 15 and 18.)

This case is now closed, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: July 31, 2018

                                                    **HONORABLE SARA LIOI**
                                                    **UNITED STATES DISTRICT JUDGE**